**ORDERED ACCORDINGLY.**



Ronald M. Horwitz (005655)
Janessa E. Koenig (018618)
**JABURG & WILK, P.C.**
3200 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
rmh@jaburgwilk.com
jek@jaburgwilk.com
(602) 248-1000

Attorneys for Movant

**Dated: January 08, 2010**

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>NICOLAS ZIZO and MARIANNE A. ZIZO<br><br>        Debtors. | Chapter 7<br><br><br>No: 2-09-bk-24760-GBN |
| WELLS FARGO FINANCIAL ARIZONA, INC.,<br><br>        Movant,<br><br>v.<br><br>NICOLAS ZIZO and MARIANNE A. ZIZO and CONSTANTINO FLORES, Trustee,<br><br>        Respondent. | **ORDER FOR RELIEF FROM THE AUTOMATIC STAY** |

This matter coming before this Court pursuant to the Motion of Secured Creditor, WELLS FARGO FINANCIAL ARIZONA, INC., to lift the automatic stay with respect to the Estate and to the Debtors' interest in the real property described in the Note and Deed of Trust attached to Motion; respectively; that the Debtors have defaulted in their post-petition installment payments and cause exists for lifting the automatic stay; that the Debtors have been unable to afford Movant adequate protection for its interest in said property; that there is no equity in said property for the bankruptcy estate, and that Movant should be permitted to foreclose its lien upon said property.

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

1    IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Automatic Stay

2    provided by 11 U.S.C. § 362 and any injunction arising under 11 U.S.C.§ 524 are lifted and

3    vacated with respect to both the Estate and the Debtors' interest in the property described, to wit:

4
5               LOT 438, OF BRANDYWINE VI, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 251 OF MAPS, PAGE 22.

6

7    IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Movant may

8    contact the Debtors by telephone or written correspondence regarding a potential Forbearance

9    Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation

10    Agreement, and may enter into such agreement with Debtors.  However, Movant may not

11    enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability

12    is discharged  in this bankruptcy case.

13    IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this Order shall

14    remain in effect in any bankruptcy chapter to which the Debtors may convert.

15    DATED this _____ day of _____, 2009.

16

17                                           _____

18                                          UNITED STATES BANKRUPTCY JUDGE

19    **COPY** of the foregoing mailed
this 1st day of December, 2009, to:

20    NICOLAS ZIZO
MARIANNE A. ZIZO

21    16257 N. 60th Avenue
Glendale, AZ  85306

22

23    GARY R. STICKELL
301 E. Bethany Home Rd., Suite B100
Phoenix, AZ  85012

24

25    CONSTANTINO FLORES
P.O. Box 511
Phoenix, AZ  85001-0511

26

27    s/ Jeanette Chavez

28